***Memo Endorsement***
08 cv 6916 (KMK)(GAY)

Application for the Court to appoint counsel is hereby denied with leave to renew. The Court will <u>sua sponte</u> reconsider this request if its review of the papers demonstrates that petition may have merit, complex issues are involved, or appointment of counsel is otherwise shown to be justified.

SO ORDERED:



George A. Yanthis
United States Magistrate Judge

Dated: August 18, 2008
White Plains, New York